THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| BMF ADVANCE, LLC, a New York limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>LITISCAPE, LLC, an Arizona limited liability company; ENCORP, LLC, an alleged limited liability company; EN CORP USA, a Texas corporation; JOSEPH H, INC., a foreign corporation; MICHAEL KAMALU, an individual; JOSEPH AZULAY, an individual; ENRIQUE GARCIA, an individual; VICTOR ENRIQUEZ, an individual; and DOES 1–10.<br><br>Defendants. | **ORDER ADOPTING [145] AMENDED REPORT AND RECOMMENDATION**<br><br>Case No. 2:21-cv-00103-DBB-DBP<br><br>District Judge David Barlow<br><br>Chief Magistrate Judge Dustin B. Pead |

The Amended Report and Recommendation[1] issued by United States Chief Magistrate Judge Dustin B. Pead on April 1, 2025, recommends granting Plaintiff BMF Advance, LLC's ("BMF") motion to dismiss Defendant EN Corp USA and lifting the bankruptcy stay as to Michael Kamalu ("Mr. Kamalu"). The parties were notified of their right to file objections to the Report and Recommendation within 14 days of its service. No party filed an objection. Because no party filed a written objection to the Report and Recommendation by the specified deadline, and because Magistrate Judge Pead's conclusions are sound, the court ADOPTS the Report and

---

[1] Amended Report and Recommendation, ECF No. 145, filed April 1, 2025.

Recommendation. Accordingly, BMF's motion to dismiss is GRANTED and EN Corp USA is dismissed.[2] The bankruptcy stay as to Mr. Kamalu is lifted.[3]

Signed April 23, 2025.

BY THE COURT

_____
David Barlow
United States District Judge

---

[2] Motion to Dismiss Claims Against En Corp USA, ECF No. 138, filed Mar. 7, 2025.
[3] ECF No. 116.